Earl GAVIN
300 Marion Ave
Gaffney SC 29341

RECEIVED
USDC. CLERK GREENVILLE, SC
2018 FEB 22  PM 3: 48

CERTIFIED MAIL®

7017 1450 0001 6363 5115

U.S. POSTAGE PAID
SPARTANBURG, SC
29306
FEB 20, 18
AMOUNT
$5.29
R2303S100397-26

1000    29601

ITEM X-RAYED BY
USMS
02.22.18
Signature     Date

United States District Court
300 East Washington St Rm. 239
Greenville SC 29601

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7017 1450 0001 9363 5115