AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Earl Gavin </br></br> *Plaintiff(s)* </br> v. </br> Experian Information Solutions Inc </br> Equifax Inc </br> Transunion Inc </br></br> *Defendant(s)* | Civil Action No.   7:18-cv-00523-DCC-JDA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Experian Information Solutions Inc
    2 Office Park Court Suite 103
    Columbia SC 29223

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Earl Gavin
    300 Marion Ave
    Gaffney SC 29341

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  02/26/2018             s/Georgia Prescott, Deputy Clerk
                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Earl Gavin <br><br> *Plaintiff(s)* <br> v. <br> Experian Information Solutions Inc <br> Equifax Inc <br> Transunion Inc <br><br> *Defendant(s)* | Civil Action No.  7:18-cv-00523-DCC-JDA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Prentice Hall Corporation System
> c/o Equifax Inc
> 1730 Laurel Street
> Columbia SC 29201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Earl Gavin
> 300 Marion Ave
> Gaffney SC 29341

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 02/26/2018

*CLERK OF COURT*

s/Georgia Prescott, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
District of South Carolina

| | |
|---|---|
| Earl Gavin <br><br> *Plaintiff(s)* <br> v. <br> Experian Information Solutions Inc <br> Equifax Inc <br> Transunion Inc <br><br> *Defendant(s)* | Civil Action No. 7:18-cv-00523-DCC-JDA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Prentice Hall Corporation System
c/o Transunion Inc
1730 Laurel Street
Columbia SC 29201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Earl Gavin
300 Marion Ave
Gaffney SC 29341

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 02/26/2018

s/Georgia Prescott, Deputy Clerk
*Signature of Clerk or Deputy Clerk*