IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, GREENVILLE, SC
2018 MAR 14 PM 2:57

| | |
|---|---|
| **EARL GAVIN**<br>      Plaintiff. | |
| vs | Case No 7:18-cv-00523-DCC-JDA |
| **EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX, INC.**<br>      Defendants | |
| | **TRIAL BY JURY DEMANDED** |

I HEREBY CERTIFY that a true and correct copy of the SUMMONS & COMPLAINT has been mailed to the party below March 2, 2018 by U.S. Mail and was deliver on March 5, 2018.

CT Corporation
*Reference to:* Experian Information Solution
2 Office Park System
Suite 103
Columbia SC. 29223

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:18-cv-00523-DCC-JDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Experian Information Solution Inc

was received by me on *(date)* 03/05/2018 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Pam Johnson   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 3/5/18 |
| 1. Article Addressed to:<br>CT Corporation System<br>2 Office Park Court, st. 103<br>Columbia SC 29223 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 9590 9402 3019 7124 3361 42 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 1450 0001 6356 9069 | ted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
COLUMBIA, SC 29223

Certified Mail Fee  $3.45                     0340  09
$                   $2.75
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00    Postmark
☐ Certified Mail Restricted Delivery $ $0.00   Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage   $1.63
$                                              03/02/2018
Total Postage and Fees  $7.83
$
Sent To  CT Corporation System
Street and Apt. No., or PO Box No.
         2 Office Park Court Ste. 103
City, State, ZIP+4
         Columbia SC 29223
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

7017 1450 0001 6356 9069