# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| EARL GAVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. : 7:18-cv-00523-DCC-JDA |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS INC., et al. | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT EQUIFAX INC.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Equifax Inc. ("Equifax"), by counsel and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves the Court to dismiss this action with prejudice, and grant all other relief that the Court deems appropriate. In support of this motion, Equifax relies upon the accompanying memorandum of law. For the reasons set forth more fully in its accompanying memorandum, Equifax requests that this motion be granted.

Respectfully submitted this 26th day of March, 2018.

/s/ *Rita Bolt Barker*
Rita Bolt Barker (D.S.C. I.D. No. 10566)
WYCHE, P.A.
44 E Camperdown Way
Greenville, SC 29601
864-242-8235
Email: rbarker@wyche.com
*Attorneys for Defendant Equifax Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing by CM/ECF, which will send notification to the following counsel of record:

Lyndey Ritz Zwingelberg
Adams and Reese
1501 Main Street
Fifth Floor
Columbia, SC 29201

Wilbur Eugene Johnson
Young Clement Rivers
PO Box 993
Charleston, SC 29402

And via U.S. Mail to:

Earl Gavin
300 Marion Avenue
Gaffney, SC 29341

Dated: March 26, 2018.                    /s/ *Rita Bolt Barker*