# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| EARL GAVIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXPERIAN INFORMATION SOLUTIONS, )<br>INC.; TRANS UNION LLC; and )<br>EQUIFAX, INC., )<br>)<br>Defendants. ) | Case No. 7:18-cv-00523-DCC-JDA |

## DEFENDANT TRANS UNION LLC'S
## 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Trans Union LLC ("Trans Union") hereby files this Motion to Dismiss Plaintiff's Complaint ("Complaint") pursuant to Federal Rule of Civil Procedure 12(b)(6), and moves the Court to dismiss Plaintiff Earl Gavin's ("Plaintiff") Complaint on the grounds that Plaintiff fails to allege facts sufficient to support a claim for relief.

For the reasons set forth in Trans Union's accompanying Memorandum in Support, Trans Union respectfully requests that this Court grant Trans Union's Motion and dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6).

Respectfully Submitted,

*s/Wilbur E. Johnson*
Wilbur E. Johnson
Federal ID No.: 2212
YOUNG CLEMENT RIVERS, LLP
P.O. Box 993
25 Calhoun Street, Suite 400
Charleston, SC 29401
Telephone: (843) 724-6659
Facsimile: (843) 579-1332
Email: wjohnson@ycrlaw.com
**COUNSEL FOR TRANS UNION LLC**

**CERTIFICATE OF SERVICE**

This is to certify that on March 29, 2018, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Autumn Hamit Patterson
Jones Day
2727 N Haywood Street
Dallas, TX 75201-1515
(214) 220-3939
(214) 969-5100 Fax
ahpatterson@jonesday.com
 and
Lyndey Ritz Zwingelberg
Adams and Reese
1501 Main Street
Fifth Floor
Columbia, SC 29201
(803) 212-4958
lyndey.zwing@arlaw.com
*Counsel for Experian Information Solutions, Inc.*

Rita Bolt Barker
Wyche PA
44 E Camperdown Way
PO Box 728
Greenville, SC 29601
864-242-8235
rbarker@wyche.com
*Counsel for Equifax, Inc.*

This is to certify that on March 29, 2018, a true and correct copy of the above and foregoing document has been served via First Class Mail and Electronic Mail on the following non-CM/ECF participant:

Earl Gavin
300 Marion Avenue
Gaffney, SC 29341
Egav1986@gmail.com
Plaintiff *Pro Se*

*s/Wilbur E. Johnson*
Wilbur E. Johnson

9842758.1/SP/83057/3268/032818