IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK, GREENVILLE, SC
2018 APR -5  PM 3: 42

| | |
|---|---|
| EARL GAVIN<br>　　Plaintiff<br><br>vs<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS UNION<br>LLC; EQUIFAX, INC.<br>　　Defendants | Case No 7:18-cv-00523-DCC-JDA |

## PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT
## FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff requests leave of the Court to file an Amended Complaint to add an additional party and clarify claims made.

### A. Introduction

1. Plaintiff is Earl Gavin; Defendants are Experian Information Solutions, Inc. (Experian), Equifax, Inc. (Equifax) and Trans Union LLC (Trans Union).

2. Plaintiff sued Defendants for violations of the FCRA.

3. Defendants Experian and Transunion have filed an Answer along with Motion to Dismiss which is pending before the Court.

### B. Argument

4. Unless the opposing party can show prejudice, bad faith, or undue delay, a court should grant leave to file an amended pleading. Foman v. Davis, 371 U.S. 178, 182, 83 S.Ct.

227, 230 (1962). Leave to amend should be freely given when justice so requires. Fed. R. Civ. P. 15(a); Walton . Mental Health Ass , 168 F.3d 661, 665, (3d Cir. 1999).

5. The court should allow the filing of Plaintiff s amended pleading because it properly corrects deficiencies in Plaintiffs Original Complaint and allows a necessary party to be added to this action.

6. Defendants will not be prejudiced by Plaintiffs amended pleading.

7. Plaintiff is attaching his amended pleading to this Motion.

## C. Conclusion

8. The Plaintiff has amended his Original Complaint to clarify issues presented and to add a necessary additional party to this action. Plaintiff requests the Court grant leave to file the Amended Complaint.

Respectfully Submitted,

Earl Gavin

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on the parties listed below by email on the date below.

**Counsel for Defendant Experian Information Solutions, Inc.**
Lyndey Zwing
Adams & Reese LLP
1501 Main St 5th Floor
Columbia SC 29201

**Counsel for Defendant Trans Union, LLC**
Wilbur E. Johnson
Young Clement Rivers, LLP
PO Box 993
25 Calhoun Street, Suite 400
Charleston SC 29401

**Counsel for Defendant Equifax, Inc.**
Rita Bolt Barker
WYCHE
44 East Camperdown Way,
Greenville SC 29601-3512