# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| EARL GAVIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., et al.<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) CASE NO. : 7:18-cv-00523-AMQ-JDA<br>)<br>)<br>)<br>) |

## DEFENDANT EQUIFAX INC.'S
## STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S
## MOTION TO AMEND COMPLAINT

Defendant Equifax Inc. ("Equifax"), by counsel, hereby gives notice to the Court that it does not oppose Plaintiffs' Motion to Amend Complaint given that the motion was filed on April 5, 2018, a little more than two months after the initial complaint was filed on February 22, 2018. However, Equifax opposes the substance of Plaintiff's proposed Amended Complaint and intends to file a Motion to Dismiss at the appropriate time. Equifax expressly reserves, and does not waive, its defenses to the proposed Amended Complaint, including (but not limited to) failure to state a claim upon which relief may be granted.

Respectfully submitted this 18th day of April, 2018.

　　　　　　　　　　　　　　　　　　/s/　Rita Bolt Barker
　　　　　　　　　　　　　　　　　　Rita Bolt Barker (D.S.C. I.D. No. 10566)
　　　　　　　　　　　　　　　　　　WYCHE, P.A.
　　　　　　　　　　　　　　　　　　44 E Camperdown Way
　　　　　　　　　　　　　　　　　　Greenville, SC 29601
　　　　　　　　　　　　　　　　　　864-242-8235
　　　　　　　　　　　　　　　　　　Email: rbarker@wyche.com
　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Equifax Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing by CM/ECF, which will send notification to the following counsel of record:

Lyndey Ritz Zwingelberg
Adams and Reese
1501 Main Street
Fifth Floor
Columbia, SC 29201

Wilbur Eugene Johnson
Young Clement Rivers
PO Box 993
Charleston, SC 29402

And via U.S. Mail to:

Earl Gavin
300 Marion Avenue
Gaffney, SC 29341

Dated: April 18, 2018.                                       /s/  *Rita Bolt Barker*