IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Earl Gavin, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Experian Information Solutions, Inc.; Trans Union LLC; Equifax Inc., )<br>)<br>Defendants. )<br>)<br>) | Case No. 7:18-cv-00523-AMQ-JDA |

## ALTERNATIVE DISPUTE RESOLUTION ("ADR") STATEMENT AND CERTIFICATION

Pursuant to Local Civil Rule 16.03 and the Conference and Scheduling Order dated March 26, 2018, *see* Docket Entry No. 24, Counsel for Defendant Experian Information Solutions, Inc. ("Experian"), hereby certifies that:

1. Counsel has discussed the availability of mediation with Experian; and

2. Counsel has discussed the advisability and timing of mediation with plaintiff and counsel for co-defendants.  The parties do not agree to mediation.

Experian strongly believes that mediation will not be productive in this case and, as such, believes that mediation would cause the parties to incur unnecessary additional costs. Accordingly, Experian requests that the parties not be required to go to mediation.  If mediation is required, Experian agrees to complete the mediation by September 17, 2018.

- 2 -

Dated:  April 30, 2018                    Respectfully submitted,

*/s/ Lyndey Ritz Zwingelberg*
Lyndey Ritz Zwingelberg
(Fed ID No. 11506)
ADAMS AND REESE LLP
1501 Main Street, Fifth Floor
Columbia, South Carolina 29201
Telephone:   803-254-4190
lyndey.zwing@arlaw.com

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson
*Admitted Pro Hac Vice*
Texas Bar No. 24092947
JONES DAY
2727 North Harwood St., Suite 600
Dallas, TX 75201
Telephone: (214) 969-2966
ahpatterson@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was filed on April 30, 2018, with the Court via the CM/ECF system, causing it to be served on all counsel of record. In addition, a copy of the foregoing was sent via mail and email to pro se Plaintiff at the physical address and email address listed below.

Earl Gavin
300 Marion Ave
Gaffney, SC 29341
Egav1986@gmail.com

*/s/ Lyndey Ritz Zwingelberg*
Lyndey Ritz Zwingelberg