IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| EARL GAVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:18-cv-00523-DCC-JDA |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC.; TRANS UNION LLC; and ) | |
| EQUIFAX, INC., ) | |
| ) | |
| Defendants. ) | |

**ALTERNATIVE DISPUTE RESOLUTION ("ADR")
STATEMENT AND CERTIFICATION**

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he has (1) provided Trans Union LLC with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Trans Union does not believe mediation of this matter would be productive.

Submitted[1] this 30th day of April, 2018.

**<  SIGNATURE BLOCK IN ON NEXT PAGE  >**

---

[1] This statement must be filed and served. Local Rule 16.03, D.S.C. A separate statement and certification is required for each party represented.

[2503366v2]

Respectfully Submitted,

*s/ Wilbur E. Johnson*
Wilbur E. Johnson
Federal ID No.: 2212
YOUNG CLEMENT RIVERS, LLP
P.O. Box 993
25 Calhoun Street, Suite 400
Charleston, SC 29401
Telephone: (843) 724-6659
Facsimile:  (843) 579-1332
Email: wjohnson@ycrlaw.com

**COUNSEL FOR TRANS UNION LLC**

## **CERTIFICATE OF SERVICE**

This is to certify that on April 30, 2018, a true and correct copy of the above and foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel:

Autumn Hamit Patterson
Jones Day
2727 N Haywood Street
Dallas, TX 75201-1515
(214) 220-3939
(214) 969-5100 Fax
ahpatterson@jonesday.com
  and
Lyndey Ritz Zwingelberg
Adams and Reese
1501 Main Street
Fifth Floor
Columbia, SC 29201
(803) 212-4958
lyndey.zwing@arlaw.com
*Counsel for Experian Information Solutions, Inc.*

Rita Bolt Barker
Wyche PA
44 E Camperdown Way
P.O. Box 728
Greenville, SC 29601
864-242-8235
rbarker@wyche.com
*Counsel for Equifax, Inc.*

This is to certify that on April 30, 2018, a true and correct copy of the above and foregoing document has been served via First Class Mail and Electronic Mail on the following non-CM/ECF participant:

Earl Gavin
300 Marion Avenue
Gaffney, SC 29341
Egav1986@gmail.com
Plaintiff *Pro Se*

*s/ Wilbur E. Johnson*
Wilbur E. Johnson

[2503366v2]