IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Earl Gavin, )<br>)<br>  Plaintiff, )<br>  v. )<br>)<br>Experian Information Solutions, Inc.; Trans Union LLC; Equifax Inc., )<br>)<br>  Defendants. )<br>) | Case No. 7:18-cv-00523-AMQ-JDA<br><br>**Rule 26(f) Report** |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☒  We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) is attached. The information required by Local Civil Rule 26.03 and mediation statements will be separately filed by the parties.**

☐  We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐  We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

|  PLAINTIFF | DEFENDANTS |
|---|---|

__s/Earl Gavin (with permission)_____  
*Signature of Pro Se Plaintiff*

  Earl Gavin_____  
*Printed Name of Plaintiff's Counsel*  
*and Party Represented*

__s/Lyndey Ritz Zwingelberg_____  
*Signature of Defendant's Counsel*

Lyndey Ritz Zwingelberg  
Counsel for Experian Information Solutions, Inc.  
_____  
*Printed Name of Defendant's Counsel*  
*and Party Represented*

*s/Autumn Hamit Patterson*_____  
*Signature of Defendant's Counsel*

Autumn Hamit Patterson  
Counsel for Experian Information Solutions, Inc.  
_____  
*Printed Name of Defendant's Counsel*  
*and Party Represented*

__*s/Rita Bolt Barker*_____  
*Signature of Defendant's Counsel*

Rita Bolt Barker  
Counsel for Equifax Inc.  
_____  
*Printed Name of Defendant's Counsel*  
*and Party Represented*

__s/ Wilbur E. Johnson_____  
*Signature of Defendant's Counsel*

Wilbur E. Johnson  
Counsel for Trans Union LLC  
_____  
*Printed Name of Defendant's Counsel*  
*and Party Represented*

*Dated: April 30, 2018*                    *Dated: April 30, 2018*