# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| EARL GAVIN,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC., et al.<br><br>        Defendants. | CASE NO. : 7:18-cv-00523-AMQ-JDA<br><br>**DEFENDANT EQUIFAX INC.'S ALTERNATIVE DISPUTE RESOLUTION STATEMENT AND CERTIFICATION** |

COMES NOW Defendant Equifax Inc., pursuant to Local Rule 16.03, submits the following Alternative Dispute Resolution Statement and Certification:

1. Counsel has provided Equifax Inc. with any materials relating to ADR that were required to be provided by the Local Civil Rule 16.01 Pre-Scheduling Order;

2. Counsel for Equifax Inc. has discussed the availability of ADR mechanisms with Equifax Inc.; and,

3. Counsel for Equifax Inc. has discussed the advisability and timing of ADR with opposing pro se Plaintiff.

Respectfully submitted this 3rd day of May, 2018.

                                               /s/  Rita Bolt Barker
                                               Rita Bolt Barker
                                               Wyche Law Office
                                               44 E Camperdown Way
                                               Greenville, SC 29601
                                               864-242-8235
                                               Email: rbarker@wyche.com
                                               *Attorneys for Defendant Equifax Inc.*