# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| EARL GAVIN, | ) |
| | ) |
|           Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. : 7:18-cv-00523-DCC-JDA |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS INC., et al. | ) |
| | ) |
|           Defendants. | ) |

### DEFENDANTS EQUIFAX INC. AND
### EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR EXTENSION
### OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS (DOC. 20)

      Defendants Equifax Inc. and Equifax Information Services LLC ("EIS"), by undersigned counsel, pursuant to LOCAL CIVIL RULE 6.01 DSC, hereby submit their Motion for Extension of Time to File Reply in Support of the Motion to Dismiss (Doc. 20). In support of its Motion, Equifax Inc. and EIS respectfully show the Court the following:

      1.    Equifax Inc. filed its Motion to Dismiss Plaintiff's Complaint on March 26, 2018. Doc. 20.

      2.    Plaintiff filed his Motion to Amend the Complaint on April 5, 2018 (Doc. 33), which the Court granted on May 25, 2018. Doc. 52.

      3.    Plaintiff's Amended Complaint against Equifax Inc. and EIS was filed on May 25, 2018. *Id*.

      4.    On the same day, the Court stated that it considered Equifax Inc.'s Motion to Dismiss addressed to the Amended Complaint, and ordered Plaintiff to file his Response to Equifax Inc.'s Motion to Dismiss on or before June 14, 2018. Docs. 52, 55.

5. On June 4, 2018, Plaintiff filed his Opposition to Equifax Inc.'s Motion to Dismiss. Doc. 58.

6. On June 8, 2018, EIS filed its Joinder in Equifax Inc.'s Motion to Dismiss. Doc. 61.

7. On June 9, 2018, Plaintiff served a copy of his Memorandum in Opposition to EIS' Joinder in Equifax Inc.'s Motion to Dismiss.

8. By the terms of LOCAL CIVIL RULE DSC 7.07, Equifax Inc.'s Reply is due on or before June 11, 2018.

9. By the terms of LOCAL CIVIL RULE DSC 7.07 and FED. R. CIV. P. 6(a)(1)(C), EIS' Reply to Plaintiff's Memorandum in Opposition to EIS' Joinder in Equifax Inc.'s Motion to Dismiss would be due on June 18, 2018.

10. Neither Equifax Inc. nor EIS has sought to extend these deadlines previously.

11. Equifax Inc. is requesting an additional 7 days in which to file a Joint Reply with EIS, through and including June 18, 2018.

12. This extension will not affect other deadlines.

13. Equifax Inc. and EIS request this extension for the purpose of filing a single Joint Reply in Support of Equifax Inc.'s Motion to Dismiss, so that the pleadings and the record in this case might be kept as efficiently as possible.

14. This motion is made in good faith and not for the purpose of delay.

15. Equifax Inc. and EIS discussed Plaintiff's Opposition to EIS' Joinder with Plaintiff via e-mail on June 11, 2018, and sought Plaintiff's consent to the requested extension, but did not receive a response from Plaintiff by the close of business.

Respectfully submitted this 11th day of June, 2018.

        /s/ *Rita Bolt Barker*
        Rita Bolt Barker (D.S.C. I.D. No. 10566)
        WYCHE, P.A.
        44 E Camperdown Way
        Greenville, SC 29601
        864-242-8235
        Email: rbarker@wyche.com
        *Attorneys for Defendant Equifax Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a true and correct copy of the foregoing by CM/ECF, which will send notification to the following counsel of record:

Lyndey Ritz Zwingelberg
Adams and Reese
1501 Main Street
Fifth Floor
Columbia, SC 29201

Wilbur Eugene Johnson
Young Clement Rivers
PO Box 993
Charleston, SC 29402

And via U.S. Mail to:

Earl Gavin
300 Marion Avenue
Gaffney, SC 29341

Dated: June 11, 2018.                         /s/ *Rita Bolt Barker*

4