UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Earl Gavin,<br><br>           Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; Trans Union LLC; Equifax Inc.,<br><br>           Defendants. | Case No. 7:18-cv-00523-AMQ-JDA<br><br>**MOTION FOR ENTRY OF A CONFIDENTIALITY ORDER** |

CONSENT:

    The attached proposed Confidentiality Order is requested:

    X    by consent of all parties.

    ☐    by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].

    ☐    by some, but not all, parties [requesting parties include: [requesting parties]].

CONTENT:

    The attached proposed Confidentiality Order:

    ☐    is identical to the standard form on the court's website.

    X    has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

    ☐    is a modified version of the standard form on the court's website, excluding the Reading Room provision, and the modifications have been indicated by attaching a "redlined" copy the document. An explanation of the basis for each proposed modification is as follows:

We so move and consent:

| PLAINTIFF | DEFENDANTS |
|---|---|
| *[signature]* | __s/Lyndey R. Z. Bryant_____ |
| Signature of Pro Se Plaintiff | Signature of Defendant's Counsel |
| | |
| _Earl Gavin_____ | Lyndey R. Z. Bryant |
| Printed Name of Plaintiff's Counsel | Counsel for Experian Information Solutions, Inc. |
| and Party Represented | |
| | Printed Name of Defendant's Counsel |
| | and Party Represented |
| | |
| | _s/Autumn Hamit Patterson_____ |
| | Signature of Defendant's Counsel |
| | |
| | Autumn Hamit Patterson |
| | Counsel for Experian Information Solutions, Inc. |
| | |
| | Printed Name of Defendant's Counsel |
| | and Party Represented |
| | |
| | __s/Rita Bolt Barker_____ |
| | Signature of Defendant's Counsel |
| | |
| | Rita Bolt Barker |
| | Counsel for Equifax Inc. |
| | |
| | Printed Name of Defendant's Counsel |
| | and Party Represented |
| | |
| | __s/ Wilbur E. Johnson_____ |
| | Signature of Defendant's Counsel |
| | |
| | Wilbur E. Johnson |
| | Counsel for Trans Union LLC |
| | |
| | Printed Name of Defendant's Counsel |
| | and Party Represented |
| | |
| Dated: July 19, 2018 | Dated: May 19, 2018 |