# EXHIBIT A

**June 28, 2018 letter from James Acosta, regional counsel for Trans Union, to Plaintiff.**

# QSLWM

QUILLING · SELANDER · LOWNDS · WINSLETT · MOSER

A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS

JAMES ACOSTA
jacosta@qslwm.com

6900 N. DALLAS PARKWAY, SUITE 800
PLANO, TEXAS 75024

DIRECT: (214) 560-5440
MAIN: (214) 871-2100
FAX: (214) 871-2111

June 28, 2018

*Via U.S. Mail & E-mail*

Earl Gavin
300 Marion Avenue
Gaffney, SC 29341

Re:   *Earl Gavin v. Experian Information Solutions, Inc., et al.*
      Case No. 7:18-cv-00523-AMQ-JDA

Dear Mr. Gavin:

Regarding the above matter, enclosed please find the following:

1. Defendant Trans Union LLC's First Request for Admissions to Plaintiff;

2. Defendant Trans Union LLC's First Request for Production to Plaintiff; and

3. Defendant Trans Union LLC's First Set of Interrogatories to Plaintiff.

Please feel free to contact me should you have any questions.

Sincerely,

James Acosta

JA/tc
Enclosures

cc:   *Via U.S. Mail & Electronic Mail*
      Autumn Hamit Patterson
      Lyndey Ritz Zwingelberg
      Rita Bolt Barker
      Wilbur E. Johnson