# EXHIBIT C

**Declaration of Wilbur E. Johnson**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| EARL GAVIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 7:18-cv-00523-AMQ-JDA |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF WILBUR E. JOHNSON IN SUPPORT OF
DEFENDANT TRANS UNION LLC'S MOTION TO COMPEL
DISCOVERY RESPONSES AND MEMORANDUM IN SUPPORT**

I, Wilbur E. Johnson, counsel for Defendant Trans Union LLC ("Trans Union"), hereby declare:

1.      My name is Wilbur E. Johnson. I am over 21 years of age and I am competent to testify as to the matters stated herein. I have authority to submit this Declaration on Trans Union's behalf in support of Defendant Trans Union LLC's Motion to Compel Discovery Responses and Memorandum in Support ("Defendant's Motion").

2.      I have personal knowledge of the facts herein stated based upon my experience with this litigation.

3.      On June 28, 2018, I was copied on Trans Union's correspondence to Plaintiff sending Trans Union's First Set of Interrogatories, First Requests for Production, and First Requests for Admission ("Discovery Requests") to Plaintiff. A true and correct copy is attached to Trans Union LLC's Motion to Compel Discovery Responses and Memorandum in Support as **Exhibit A**.

   4. Plaintiff served his responses to Trans Union's discovery requests on July 4, 2018. A true and correct copy of Plaintiff's responses to Trans Union's discovery requests is attached to Trans Union LLC's Motion to Compel Discovery Responses and Memorandum in Support as **Exhibit B.**

   5. Pursuant to 28 U.S.C. §1746, I further declare under penalty of perjury that the foregoing is true and correct.

   Executed this 25th day of July, 2018, at Charleston, South Carolina.

              *s/ Wilbur E. Johnson*
              **WILBUR E. JOHNSON**