UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Earl Gavin, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 7:18-cv-00523-AMQ-JDA |
| Experian Information Solutions, Inc.; Trans Union LLC; Equifax Information Services, LLC, Equifax, Inc., | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO ALLOW WITHDRAWAL
OF AUTUMN HAMIT PATTERSON AS CO-COUNSEL FOR
EXPERIAN INFORMATION SOLUTIONS, INC.**

COMES NOW Lyndey R. Z. Bryant of Adams and Reese LLP, counsel for Defendant Experian Information Solutions, Inc. and hereby moves this Court for leave to allow Autumn Hamit Patterson of Jones Day to withdraw as co-counsel of record for Defendant Experian Information Solutions, Inc. ("Experian").

Experian filed a Motion to allow Attorney Patterson to Appear *Pro Hac Vice* on March 23, 2018 (Doc. No. 17). Experian's motion was granted on March 26, 2018 (Doc. No. 18). The undersigned has already appeared as counsel for Experian and will continue to represent Experian following Attorney Patterson's withdrawal as co-counsel. No party will be prejudiced by the relief requested. The undersigned has consulted with *pro se* Plaintiff and counsel for all Defendants of record and is informed there is no opposition to Attorney Patterson's withdrawal from this matter. Experian consents to this motion.

WHEREFORE, the undersigned respectfully requests that Attorney Autumn Hamit Patterson of Jones Day be relieved of all further responsibility as co-counsel for Experian in this matter, and that the Court grant such further relief as it deems just and proper.

Dated:  August 9, 2018                           Respectfully submitted,

*/s/ Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant
(Fed ID No. 11506)
ADAMS AND REESE LLP
1501 Main Street, Fifth Floor
Columbia, South Carolina 29201
Telephone:   803-254-4190
lyndey.bryant@arlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with all parties or their counsel and was informed that Plaintiff Earl Gavin and Defendants Trans Union LLC, Equifax Information Services, LLC, and Equifax Inc. do not oppose this motion.

*/s/ Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed on August 9, 2018, with the Court via the CM/ECF system, causing it to be served on all counsel of record. In addition, a copy of the foregoing was sent via mail and email to pro se Plaintiff at the physical address and email address listed below.

Earl Gavin
300 Marion Ave
Gaffney, SC 29341
Egav1986@gmail.com

*/s/ Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant