# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# SPARTANBURG DIVISION

| | |
|---|---|
| EARL GAVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:18-cv-00523-AMQ-JDA |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC.; TRANS UNION LLC; and ) | |
| EQUIFAX, INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION IN SUPPORT OF *PRO HAC VICE* APPLICATION

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that James P. Acosta be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted pro hac vice; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted pro hac vice; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).
   ☐ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☐ will likely oppose; ☐ does not intend to oppose
   ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):

1

|   |   |
|---|---|
| ☒ | No duty of consultation is required because the opposing party is proceeding *pro se*. |

                      Respectfully Submitted,

                      *s/ Wilbur E. Johnson*

                      **WILBUR E. JOHNSON**
                      Federal ID No.: 2212
                      wjohnson@ycrlaw.com
                      **YOUNG CLEMENT RIVERS, LLP**
                      25 Calhoun Street, Suite 400
                      Charleston, SC 29401
                      (843) 724-6659
                      (843) 579-1332 Fax
                      *Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties:

Autumn Hamit Patterson
ahpatterson@jonesday.com
Jones Day
2727 N Haywood Street
Dallas, TX 75201-1515
(214) 220-3939
(214) 969-5100 Fax
  and
Lyndey Ritz Zwingelberg
lyndey.zwing@arlaw.com
Adams and Reese
1501 Main Street
Fifth Floor
Columbia, SC 29201
(803) 212-4958
*Counsel for Experian Information Solutions, Inc.*

Rita Bolt Barker
rbarker@wyche.com
Wyche PA
44 E Camperdown Way
P.O. Box 728
Greenville, SC 29601
(864) 242-8235
*Counsel for Equifax, Inc. and Equifax Information Services, LLC*

This is to certify that on August 9, 2018, a true and correct copy of the above and foregoing document has been served via First Class Mail and Electronic Mail on the following non-CM/ECF participant:

Earl Gavin
Egav1986@gmail.com
300 Marion Avenue
Gaffney, SC 29341
Plaintiff *Pro Se*

*s/ Wilbur E. Johnson*
**WILBUR E. JOHNSON**

3