UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Earl Gavin,<br><br>              Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.; Trans Union LLC; Equifax Inc.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 7:18-cv-00523-AMQ-JDA<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court, Defendant Experian Information Solutions, Inc. ("Experian"), with the consent of *pro se* Plaintiff Earl Gavin and counsel for Defendants Trans Union LLC, Equifax Inc., and Equifax Information Services LLC, respectfully requests that this Court amend the existing Scheduling Order, filed on March 26, 2018 [Dkt. No. 24].

The parties desire to modify the current Scheduling Order by extending, for forty-five (45) days, the deadlines by which all parties are required to complete discovery and depositions, file dispositive motions, file motions in limine and pretrial disclosures, file pretrial briefs, and prepare for trial. The current discovery completion date is September 10, 2018. Plaintiff recently responded to written discovery propounded by Experian, which is now the subject of a motion to compel filed on August 20, 2018 [Dkt. No. 82]. The parties have scheduled and noticed Plaintiff's deposition for September 5, 2018; however, Plaintiff has until September 7,

2018, to respond to Experian's motion to compel. Experian also recently had a change of counsel, and new counsel required some time to become familiar with the relevant facts and issues, including pending motions and discovery. There have been no prior extensions of pretrial or trial deadlines in this action.

Accordingly, the parties respectfully request an additional forty-five (45) days to complete discovery and depositions and a corresponding extension of time for other deadlines affected thereby. The proposed deadline changes also will affect the current trial date (December 4, 2018). A copy of the proposed Consent Amended Scheduling Order is attached as **Exhibit A**.

*Pro se* Plaintiff and counsel for all Defendants have consented to these amendments.

Dated: August ___, 2018

Respectfully submitted,

*/s/ Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant
(Fed ID No. 11506)
ADAMS AND REESE LLP
1501 Main Street, Fifth Floor
Columbia, South Carolina 29201
Telephone: 803-254-4190
lyndey.bryant@arlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

Earl Gavin
300 Marion Ave.
Gaffney, SC 29341
Egav1986@gmail.com

*Pro Se Plaintiff*

*/s/*Wilbur E. Johnson
Wilbur E. Johnson
Federal ID No.: 2212
YOUNG CLEMENT RIVERS, LLP
P.O. Box 993
25 Calhoun Street, Suite 400
Charleston, SC 29401
Telephone: 843-724-6659
wjohnson@ycrlaw.com

*Counsel for Defendant*
*Trans Union LLC*


*/s/*Rita Bolt Barker
Rita Bolt Barker
(D.S.C. I.D. No. 10566)
WYCHE, P.A.
44 E Camperdown Way
Greenville, SC 29601
Telephone:  864-242-8235
rbarker@wyche.com

*Counsel for Defendants*
*Equifax Inc. and Equifax Information*
*Services LLC*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed on August 29, 2018, with the Court via the CM/ECF system, causing it to be served on all counsel of record. In addition, a copy of the foregoing was sent via mail and email to *pro se* Plaintiff at the physical address and email address listed below

Earl Gavin
300 Marion Ave.
Gaffney, SC 29341
Egav1986@gmail.com
*Pro Se Plaintiff*

*/s/ Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant