IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Earl Gavin, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Experian Information Solutions, Inc.; Trans )<br>Union LLC; Equifax Inc., )<br>)<br>Defendants. )<br>)<br>) | Case No. 7:18-cv-00523-AMQ-JDA |

**CONSENT AMENDED SCHEDULING ORDER**

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following <u>amended</u> schedule is established for this case. This order is entered to administer the trial of cases in a manner consistent with the ends of justice, in the shortest possible time, and at the least possible cost to litigants. Discovery may begin upon receipt of this order.

1. <u>Discovery</u>: Discovery shall be completed no later than **October 25, 2018**. All discovery requests shall be served in time for the responses thereto to be served by this deadline. No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.

2. <u>Dispositive Motions</u>: The parties shall file any dispositive motions by **November 8, 2018**.[1]

3. <u>Motions in Limine</u>: Motions in limine must be filed no later than fourteen (14) days prior to jury selection. Written responses are due seven (7) days thereafter.

---

[1] The Court directs the parties' attention to Local Rule 7.01 *et seq.* which governs motion practice. Hearings on motions are not automatic. The Court may decide motions without a hearing. If a party opposes a motion which has been filed, that party must file a response to the opposed motion within fourteen (14) days of the date the motion was filed. If no response in opposition is filed, the Court may assume that the party consents to the Court's granting the motion. The Court may also request an expedited response to the motion.

1

4. <u>Pretrial Conferences</u>: The Court may conduct pretrial conferences in cases to be tried.

5. <u>Pretrial Disclosures</u>: All attorneys and unrepresented parties are reminded of their obligations under the Federal Rules of Civil Procedure and Local Civil Rules of this District, including their obligations under Fed. R. Civ. P. 26(a)(3). No later than twenty-one (21) days prior to jury selection, the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within seven (7) days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party and any deposition counter-designations under Fed. R. Civ. P. 32(a)(6).

6. <u>Pretrial Briefs</u>: Parties shall furnish the Court and serve to opposing counsel pretrial briefs seven (7) days prior to the date set for jury selection (Local Civil Rule 26.05) by 5:00 p.m. Submissions with the pretrial brief include: special voir dire, special jury instruction requests, a proposed verdict form, exhibit list, witness list, and certificate of compliance with Local Civil Rule 26.07 (meet, mark, and exchange exhibits). Attorneys shall meet at least seven (7) days prior to the date set for submission of pretrial briefs for the purpose of exchanging and marking all exhibits intended to be used at trial (other than those solely intended for impeachment purposes). See Local Civil Rule 26.07. The parties shall not renumber their exhibits after the exhibit list is prepared and this meeting has occurred. If items are deleted, they should simply be struck through or marked "WITHDRAWN." See Local Civil Rule 26.07(c). Parties should send a copy of their full pretrial brief via email to Quattlebaum_ecf@scd.uscourts.gov in WordPerfect or MS Word format with copy to opposing counsel. The Court directs the parties' attention to Local Civil Rules 26.05 and 26.07 regarding these pretrial matters.

7. <u>Trial</u>: This case is subject to being called for jury selection and/or trial on or after **January 22, 2018.**

The parties' attention is directed to the Special Pretrial Instructions for cases before Judge A. Marvin Quattlebaum, Jr., available on the District Court's website at www.scd.uscourts.gov.[2]

---

[2] If it becomes necessary to seek an extension of time, you may file a motion addressing the following:
- Date of the current deadline;
- Whether the deadline has been extended before;
- The number of additional days requested, and proposed new deadline;
- Whether the extension would affect other deadlines, including but not limited to the trial date in this matter; and
- If opposing counsel agrees or opposes the extension;
- If opposing counsel opposes, the reason for the lack of consent to the extension.

Date: August 30, 2018  
Greenville, South Carolina

s/Jacquelyn D. Austin  
_____  
JACQUELYN D. AUSTIN  
United States Magistrate Judge