IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

|  |  |  |
|---|---|---|
| Earl Gavin, | ) | Civil Action No. 7:18-cv-00523-DCC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| Experian Information Solutions Inc.; | ) | |
| Trans Union LLC; Equifax Inc.; | ) | |
| Equifax Information Services LLC, | ) | |
| Defendant(s) | ) | |
| | ) | |

The Court having been advised by counsel for Equifax Inc. that the above action has been settled for Equifax Inc.,

IT IS ORDERED that this action is hereby dismissed as to Equifax Inc. without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty (60) days from the filing date of this order.

This matter remains pending as to defendants Trans Union LLC; and Equifax Information Services LLC.

This matter settled for defendant Experian Information Solutions Inc. and dismissed as to Experian Information Solutions Inc. on September 12, 2018.

IT IS SO ORDERED.

s/Donald C. Coggins, Jr.
United States District Judge

September 12, 2018
Greenville, South Carolina