<div align="center">
Earl Gavin<br>
300 Marion Ave<br>
Gaffney SC 29341<br>
12/29/2017
</div>

Trans Union<br>
P.O. Box 2000<br>
Chester, PA 19022

<div align="center">

### Final Request Pursuant to 15 U.SC. § 1681g(a)(1)

</div>

To whom it may concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Thank You

_____<br>
Earl Gavin

**Attached**:<br>
Copies of my Social Security Card & Driver's License<br>
Sent:   USPS Certified Mail # 7016-3560-0001-1458-8676<br>
       Return Receipt Requested

Ex 1

<div align="center">Earl Gavin * 300 Marion Ave * Gaffney SC 29341</div>

11/7/17

Trans Union
P.O. Box 2000
Chester, PA 19022

### Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).

To Whom it may concern:

Please send me in writing <u>ALL INFORMATION</u> in my consumer file at Trans Union as of the date that you receive this letter regardless of how or where it is stored; pursuant to 15 U.S. Code 1681g(a)(1). Mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Trans Union.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Trans Union.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Trans Union used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Trans Union in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Trans Union.

Thank you in advance for promptly satisfying this request.

Thank You,


Earl Gavin

**Attached**:
Copies of my Social Security Card & Driver's License
Sent:   USPS Certified Mail # 7017-1450-0001-6355-9954

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WOODLYN, PA 19094

| | |
|---|---|
| Certified Mail Fee $3.35 | 0301 16 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.49 | |
| Total Postage and Fees $3.84 | 11/07/2017 |

Sent To: TransUnion
Street and Apt. No., or PO Box No.
City, State, ZIP+4: Woodlyn PA 19094-0805

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1450 0001 6355 9954

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ATLANTA, GA 30348

| | |
|---|---|
| Certified Mail Fee $3.35 | 0301 16 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.49 | |
| Total Postage and Fees $3.84 | 11/07/2017 |

Sent To: Equifax
Street and Apt. No., or PO Box No.
City, State, ZIP+4: Atlanta GA 30348

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1450 0001 6355 9930

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

ALLEN, TX 75013

| | |
|---|---|
| Certified Mail Fee $3.35 | 0301 16 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $0.00 | |
| ☐ Return Receipt (electronic) $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $ $0.00 | |
| ☐ Adult Signature Required $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $0.49 | |
| Total Postage and Fees $3.84 | 11/07/2017 |

Sent To: Experian
Street and Apt. No., or PO Box No.
City, State, ZIP+4: Allen TX 75013

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7017 1450 0001 6355 9893











7017 1450 0001 6356 9021

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CHESTER, PA 19016
OFFICIAL USE

Certified Mail Fee $3.45
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.50
$
Total Postage and Fees $3.95
$

0340
14
Postmark
Here
02/24/2018

Sent To TransUnion
Street and Apt. No., or PO Box No.
City, State, ZIP+4® Chester, PA 19016

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7017 1450 0001 6356 8987

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CHESTER, PA 19016
OFFICIAL USE

Certified Mail Fee $3.35
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.49
$
Total Postage and Fees $3.84
$

0340
14
Postmark
Here
01/13/2018

Sent To TransUnion
Street and Apt. No., or PO Box No. P.O. Box 2000
City, State, ZIP+4® Chester PA 19016

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TransUnion 2 2018
P.O. Box 2000
Chester PA 19016

9590 9402 1806 6074 0167 64

2. Article Number (Transfer from service label)

7016 3560 0001 1458 8676

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

7015 0640 0007 7376 7066

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

CRUM LYNNE, PA 19022
OFFICIAL USE

Certified Mail Fee $3.45
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.49
$
Total Postage and Fees $3.94
$

0301
16
Postmark
Here
01/29/2016

Sent To TransUnion
Street and Apt. No., or PO Box No. P.O. Box 2000
City, State, ZIP+4® Chester PA 19022

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

File Number: 
Date Issued: 01/04/2018

Page: 1 of 2



## Personal Information

SSN: XXX-XX-2891

You have been on our files since 03/01/2001

Date of Birth: ~~02/28/1968~~

**Names Reported:** EARL GAVIN EUGENE JR and EARL GAVIN

**Addresses Reported:**
Address
300 MARION AVE, GAFFNEY, SC 29341-1840

Date Reported
03/02/2014

**Telephone Numbers Reported:**
(864) 489-0624    (864) 488-9366    (864) 902-9348

**Employment Data Reported:**
Employer Name
AMERICAN CREDIT ACCEPTANCE

Date Verified
07/22/2015

## Promotional Inquiries

**TRANSUNION CONSUMER INTE** ( 100 CROSS STREET, SAN LUIS OBISP, CA 93401, (805) 782 8282 )
Requested On: 11/16/2017

## Account Review Inquiries

**TRANSUNION CONSUMER INTE** ( 760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (800) 934-4031 )
Requested On: 12/25/2017

**TRANSUNION CONSUMER INTE** ( 100 CROSS STREET, SAN LUIS OBISP, CA 93401, (805) 782-8282 )
Requested On: 11/15/2017

**289352055 via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (800) 493-2392 )
Permissible Purpose: CREDIT MONITORING
Requested On: 10/11/2017

**P123919764E11875693 via IPLACE46** ( 535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567-3762 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 10/11/2017

**CONSUMERINFO via CIEXP CSIDPROD** ( 535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567-3762 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 09/27/2017

**DIR TO CONS VIA EQUIFAX** ( 1550 PEACHTREE NW STREET, ATLANTA, GA 30309, (225) 926-6161 )
Requested On: 05/14/2017

**TU INTERACTIVE** ( 100 CROSS ST, 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Requested On: 01/28/2017, 01/27/2016

**FACTACT FREE DISCLOSURE** ( P O BOX 1000, CHESTER, PA 19016, (800) 888-4213 )
Requested On: 01/28/2017, 01/27/2016

**DELTA MANAGEMENT ASSOC** ( 100 EVERETT AVENUE, SUITE 6, CHELSEA, MA 02150, (800) 688-6337 )
Requested On: 04/18/2016



To dispute online go to: http://transunion.com/disputeonline

nnnnnn 02 03 000008 000023



# Request for Your TransUnion Personal Credit Report

## STEP 1
**Fill out your personal information**

*Optional

*Shows collecting + retaining info not on credit Report*

First Name _____ Middle Name _____ Last Name _____ Suffix (Jr. Sr.)

Social Security Number _____ Date of Birth _____

Name of Employer* _____ Your eMail Address* _____

Driver's License Number* _____ State of Issue* _____

### Current Address

If a military address, write **APO** or **FPO** for city and one of these abbreviations for state:

AA  Armed Forces Americas
AE  Armed Forces Africa, Canada, Europe or Middle East
AP  Armed Forces Pacific

Street Address _____ Apt. No _____

City _____ State _____ Zip Code _____

Home Phone Number _____ Work/Alternative Phone Number _____

### Previous Address

If you have moved in the past two years, please enter your previous address.

Previous Address _____ Apt. No. _____

City _____ State _____ Zip Code _____

## STEP 2

**Determine if you qualify for a (FREE Personal Credit Report)**

For items 1-5, a TransUnion credit file must have been the basis for the adverse credit decision.

You may be eligible for a FREE Personal Credit Report under the Federal FACT Act. For information, please visit www.annualcreditreport.com

Free Annual Reports and TransUnion Reports are accessible to the Vision Impaired. On-line reports are compatible with screen readers. Accessible formats can be requested by telephone or by mail; please specify Braille, audio or large print.

☐ 1. Within the last 60 days, I was denied credit or was notified of another credit-related adverse action.

Name of Credit Generator _____ Date of Denial Letter _____

☐ 2. Within the last 60 days, I was denied employment – By Whom? _____

☐ 3. Within the last 60 days, I was denied insurance – By Whom? _____

☐ 4. Within the last 60 days, I was denied a government license or benefit – By Whom? _____

☐ 5. Within the last 60 days, I was denied a housing/rental apartment – By Whom? _____

☐ 6. I am unemployed and intend to apply for employment (limited to 1 free report per 12 mos.)

Company Worked for Last _____

Company's Address _____ Company's Phone Number _____

☐ 7. I am a recipient of public welfare assistance **(limited to 1 free report per 12 mos.)**

Welfare Office I am Registered With _____

Name of Case Worker _____ Phone Number for Case Worker _____

*FCRA allow Free copy of consumer File Disclosure once per year/every 12 mth.*

☐ 8. I certify that I have reason to believe that my TransUnion credit file contains inaccurate data due to fraud.

☐ 9. None of the above apply to me. Please check the next page for pricing.