IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| **EARL GAVIN**<br>Plaintiff.<br><br>vs<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES LLC, EQUIFAX, INC;**<br>Defendants | )<br>)<br>)<br>) **Case No 7:18-cv-00523-DCC-JDA**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

RECEIVED DEC 26 2018 U.S. DISTRICT COURT GREENVILLE, S.C.

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Earl Gavin, and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff, Earl Gavin and Defendant/Experian Information Solution Inc in this cause of action. The parties have concluded a settlement agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully Submitted,

*/s/ Earl Gavin*
Earl Gavin
300 Marion Ave
Gaffney SC 29341
Egav1986@gmail.com

## **CERTIFICATE OF SERVICE**

The true and correct copy of the forgoing document was sent to the below named party by first class USPS mail.

**Counsel for Defendant Experian Information Solutions, Inc.**
Lyndey Zwing
Adams & Reese LLP
1501 Main St 5th Floor
Columbia SC 29201

*And…..*

Jennifer Sun
jennifersun@jonesday.com
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612 (949) 553-7572

**Counsel for Defendant Trans Union, LLC**
Wilbur E. Johnson
Young Clement Rivers, LLP
PO Box 993
25 Calhoun Street, Suite 400
Charleston SC 29401

**Counsel for Defendant Equifax, Inc.**
Rita Bolt Barker
WYCHE
44 East Camperdown Way,
Greenville SC 29601-3512

Signed December 18, 2018

Earl Gavin