UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| Earl Gavin, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No. 7:18-cv-00523-DCC |
| Experian Information Solutions, Inc.; Trans Union LLC; Equifax Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

*Pro se* Plaintiff Earl Gavin ("Plaintiff") and Defendant Experian Information Solutions,

Inc. ("Experian") hereby stipulate and move the Court for an order that Plaintiff's claims against

Experian only in the above-captioned action are hereby dismissed <u>with prejudice</u> pursuant to

Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Plaintiff and Experian shall bear his and

its own attorneys' fees and costs incurred herein.

Dated:  April 22, 2019

Respectfully submitted,

_____
Earl Gavin
300 Marion Ave.
Gaffney, SC 29341
Egav1986@gmail.com

*Pro Se Plaintiff*

Respectfully submitted,

*/s/ Lyndey R. Z. Bryant*
Lyndey R. Z. Bryant
(Fed ID No. 11506)
Adams and Reese LLP
1501 Main Street, Fifth Floor
Columbia, South Carolina 29201
Telephone:  803-254-4190
lyndey.bryant@arlaw.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed on April 22 , 2019, with the Court via the CM/ECF system, causing it to be served on all counsel of record.  In addition, a copy of the foregoing was sent via mail and email to *pro se* Plaintiff at the physical address and email address listed below

    Earl Gavin
    300 Marion Ave.
    Gaffney, SC 29341
    Egav1986@gmail.com
    *Pro Se Plaintiff*

                    */s/ Lyndey R. Z. Bryant*
                    Lyndey R. Z. Bryant